FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> STRAUGHN SAMUEL GORMAN, <br><br> Claimant-Appellee, <br><br> and <br><br> $167,070.00 IN UNITED STATES CURRENCY, <br><br> Defendant. | Nos. 15-16600 <br> 15-17103 <br><br> D.C. No. <br> 3:13-cv-00324-LRH-VPC <br> District of Nevada, <br> Reno <br><br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> STRAUGHN SAMUEL GORMAN, <br><br> Claimant-Appellant, <br><br> v. <br><br> $167,070.00 IN UNITED STATES CURRENCY, <br><br> Defendant. | No. 15-16694 <br><br> D.C. No. <br> 3:13-cv-00324-LRH-VPC <br> District of Nevada, <br> Reno |

Before:  REINHARDT and BERZON, Circuit Judges, and MONTGOMERY,[*] District Judge.

The opinion filed on June 12, 2017, *United States v. Gorman*, 859 F.3d 706, is hereby amended to include Case Number 15-16694, the caption of which was inadvertently omitted from our original opinion.

---

[*] The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, sitting by designation.

2